SUBSTITUTE SERVICE / MAILING AT BUSINESS
3981595 – EMERY CELLI BRINCKERHOFF & ABADY LLP

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

BILLIE ANN MILLER, AS PUTATIVE
ADMINISTRATRIX OF
THE ESTATE OF HER SON JERMELE KELLY,
    PLAINTIFF

– vs. –

THE CITY OF NEW YORK ET AL,
    DEFENDANT

Index No: 08 CIV 4577
Date Filed: / /
Office No:
Court Date:

STATE OF NEW YORK COUNTY OF NEW YORK :SS:

**DAVID GOLDBERG** being duly sworn, deposes and says;

I AM OVER THE AGE OF 18 YEARS AND RESIDE IN THE STATE OF NEW YORK.

Deponent served the **SUMMONS AND COMPLAINT** upon the **DEFENDANT PATRICK WALSH CHIEF OF FACILITY OPERATIONS NEW YORK CITY DEPARTMENT OF CORRECTIONS** on **06/12/2008** at **10:31AM** at **60 HUDSON STREET 6TH FL , NEW YORK, NY** actual place of business of the DEFENDANT by delivering thereat a true copy to **"JANE" MACK, CO-WORKER OF THE DEFENDANT**, a person of suitable age and discretion whose approximate description is as follows:

    SEX: FEMALE         COLOR: BLACK         HAIR: BLACK
    APP. AGE: 35          APP. HT: 5'4           APP. WT: 135
    OTHER IDENTIFYING FEATURES:

Deponent also mailed a copy of same in an official depository under the exclusive care and custody of the United States Post Office Department within New York State on **06/12/2008** by first class mail to:

**PATRICK WALSH CHIEF OF FACILITY OPERATIONS NEW YORK CITY DEPARTMENT OF CORRECTIONS
60 HUDSON STREET 6TH FL , NEW YORK, NY**

That address being **actual place of business of the DEFENDANT**, in an envelope bearing the legend "PERSONAL AND CONFIDENTIAL", and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person served.

Sworn to before me on **06/12/2008**.

NEIL SIMENSKY
Notary Public, State of New York
No. 01SI4767841
Qualified in NEW YORK
Commission Expires 12/31/2010

DAVID GOLDBERG – 916033
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
AP