UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

BILLIE ANN MILLER, as Administratrix of the Estate of her son PATRICK MILLER a/k/a JERMELE KELLY, and on her own behalf,

                                      Plaintiff,

        -against-

CITY OF NEW YORK; Commissioner MARTIN F. HORN; Deputy Commissioner RICHARD R. WHITE; Chief of Facility Operations PATRICK WALSH; New York City Department of Correction Officers ALVIN MALAVE, SHIELD No. 9595; NEIL BRESCIA, Shield No. 14044; DAVID TATE, Shield No. 9943; "JOHN" CHAN, Shield No. 8646; "JOHN" THOMAS, Shield No. 15210; "JOHN" WILLIAMS, Shield No. 14217; "JOHN" BAILEY, Shield No. 3034; "JOHN" STEVENS, Shield No. 14562; New York Department of Correction Captains JOSE SANTOS, Shield No. 43; MARK GRAHAM, Shield No. 1185; Correction Officer JOHN and JANE DOES #1-10 and Health and Hospitals Corporation Employees JOHN and JANE DOES #11-20.

                                      Defendants.

------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

08 CV 4577 (PAC) (DFE)

      **PLEASE TAKE NOTICE** that **Stuart E. Jacobs**, Assistant Corporation Counsel, on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, appears herein as counsel of record for defendant City of New York in this action.

Dated: New York, New York
       July 2, 2008

- 2 -

                MICHAEL A. CARDOZO
                Corporation Counsel
                of the City of New York
                Attorney for Defendant City of New York
                100 Church Street, Rm. 3-311
                New York, New York 10007
                (212) 788-9580/0899

By: _____
      Stuart E. Jacobs (SJ 8379)
      Assistant Corporation Counsel
      Special Federal Litigation Division

To:   <u>BY ECF</u>
      Jonathan S. Abady, Esq. (Emery Celli Brinckerhoff & Abady, LLP)
      Kennisha A. Austin, Esq. (Emery Celli Brinckerhoff & Abady, LLP)
      Jonathan S. Chasan, Esq. (Legal Aid Society)
      Mary Lynne Werlwas, Esq. (Legal Aid Society)